Raymond Ribaya
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 461-5868
F: (818) 995-4838
E-mail: RaymondR@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PEREZ,<br><br>    Plaintiff<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br><br>Commissioner of Social Security<br><br>    Defendant(s). | CASE No.: 2:21-cv-00029-MAR<br><br>[~~PROPOSED~~] **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §  2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND-SEVEN HUNDRED NINETY-ONE DOLLARS AND THIRTY-SEVEN CENTS ($1,791.37).

DATE: March 11, 2022

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

- 1